IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEREK LOWDER, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-237-D |
| ) | |
| LIBERTY MUTUAL FIRE INSURANCE ) | (Oklahoma County District Court |
| COMPANY, ) | Case No. CJ-2011-8181) |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the parties' Joint Motion to Remand [Doc. No. 15]. Upon consideration, the Motion is GRANTED on the grounds that this court lacks diversity jurisdiction pursuant to 28 U.S.C §1332(a)(1).

IT IS THEREFORE ORDERED that this action is remanded to the District Court of Oklahoma County, State of Oklahoma. Each party will bear its own attorneys fees and costs.

IT IS SO ORDERED this 11th day of May, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE